UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LYNETTE TIGGELMAN,

    Plaintiff,

v.                                                                                  Case No. 1:15-cv-786
                                                                                    Hon. Ray Kent
COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## JUDGMENT

In accordance with the Opinion filed this date:

The decision of the Commissioner is **REVERSED** pursuant to sentence four of 42 U.S.C. § 405(g), and the case is **REMANDED** to the Commissioner for further proceedings as outlined in the Opinion.

**IT IS SO ORDERED.**

Dated: September 27, 2016            /s/ Ray Kent
                                     RAY KENT
                                     United States Magistrate Judge